**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

| | |
|---|---|
| LOS ALTOS BOOTS, INC., ET AL.,<br><br>v.<br><br>ROB BONTA, ET AL. | Civil Case No.  2:21-cv-01652-MCE- B |

I, __Bret A. Sparks__, attorney for Plaintiffs, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Kelley Drye & Warren, LLP

Address: 515 Post Oak Blvd., Suite 900

City: Houston

State: TX     ZIP Code: 77027

Voice Phone: (713) 355-5036

FAX Phone: (713) 355-5001

Internet E-mail: bsparks@kelleydrye.com

I reside in City: Conroe     State: TX

I was admitted to practice in the ___District of Colombia Court of Appeals___ (court) on ___August 21, 2019___ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a *pro hac vice* application to this court. (If you have made a *pro hac vice* application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Christopher D. Hughes |
| Firm Name: | Nossaman, LLP |
| Address: | 621 Capitol Mall Suite 2500 |
| City: | Sacramento |
| State: | CA   ZIP Code: 95814 |
| Voice Phone: | (916) 442-8888 |
| FAX Phone: | (916) 442-0382 |
| E-mail: | chughes@nossaman.com |

Dated: September 13, 2021     Petitioner: /s/ *Bret A. Sparks*

**ORDER**

IT IS SO ORDERED.

Dated: September 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE