

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

LOS ALTOS BOOTS, INC., ET AL.,

v.

ROB BONTA, ET AL.

Civil Case No. 2:21-cv-01652-MCE-D

I, David E. Frulla, attorney for Plaintiffs, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Kelley Drye & Warren, LLP

Address: 3050 K Street, NW, Suite 400

City: Washington

State: DC   ZIP Code: 20007

Voice Phone: (202) 342-8648

FAX Phone: (202) 342-8451

Internet E-mail: dfrulla@kelleydrye.com

I reside in City: Bethesda   State: MD

I was admitted to practice in the ___District of Colombia Court of Appeals___ (court) on ___June 24, 1988___ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a *pro hac vice* application to this court. (If you have made a *pro hac vice* application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Christopher D. Hughes |
| Firm Name: | Nossaman, LLP |
| Address: | 621 Capitol Mall Suite 2500 |
| City: | Sacramento |
| State: | CA        ZIP Code: 95814 |
| Voice Phone: | (916) 442-8888 |
| FAX Phone: | (916) 442-0382 |
| E-mail: | chughes@nossaman.com |

Dated: September 13, 2021          Petitioner: /s/ David E. Frulla

**ORDER**

IT IS SO ORDERED.
Dated: September 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE