NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com
bstern@kelleydrye.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS BOOTS, INC., a California Corporation, WILD WEST BOOTS, INC., a California Corporation, BOOT STAR, INC., a California Corporation, LARSON LEATHER COMPANY, a Texas Limited Partnership, MAGNA LEATHER CORPORATION, a Texas Corporation, and CROKO INTERNATIONAL, INC., a Texas Corporation<br><br>    Plaintiffs,<br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife<br><br>    Defendants. | Case No:  21-cv-01652-KJM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND ADJUST BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS**<br><br>Date: November 19, 2021<br>Time: 10:00 a.m.<br>Judge: The Honorable Kimberly J. Mueller<br>Action Filed: September 13, 2021 |

Case No. 21-cv-01652

60112540.v1

## STIPULATION

Plaintiffs Los Altos Boots, Inc. ("Los Altos"); Wild West Boots, Inc. ("Wild West"); Boot Star, Inc. ("Boot Star"); Larson Leather Company ("Larson"); Magna Leather Corporation ("Magna"); Croko International, Inc. ("Croko"), and Snappers S.A. de C.V. ("Snappers") (collectively, "Plaintiffs"), and Defendants the Honorable Rob Bonta, in his official capacity as Attorney General of California, and Charlton Bonham, in his official capacity as Director of the California Department of Fish and Wildlife (collectively, "Defendants"), by and through undersigned counsel, agree to and request that the Court approve the terms of the following stipulation:

WHEREAS, Plaintiffs filed the Complaint.  *See* ECF 1.

WHEREAS, Defendants filed a Motion to Dismiss, scheduled for a hearing on November 19, 2021 at 10:00 a.m.  *See* ECF 29.

WHEREAS, Plaintiffs' deadline to file an opposition to the Motion to Dismiss is November 5, 2021 and Defendants' deadline to file a reply to the opposition is November 12, 2021.

WHEREAS, due to a scheduling conflict, Plaintiffs and Defendants have agreed to continue the November 19, 2021 hearing as set forth below and to continue the deadline to submit an opposition and a reply to the Motion to Dismiss as set forth below.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Defendants, that:

1. The hearing on Defendants' Motion to Dismiss [ECF 29] currently scheduled for November 19, 2021 at 10:00 a.m. is continued to December 17, 2021 at 10:00 a.m.

2. The deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss is continued from November 5, 2021 to November 10, 2021 and the deadline for Defendants to file a reply to Plaintiffs' opposition is continued from November 19, 2021 to November 24, 2021.

///

///

| | | |
|---|---|---|
| 1 | Date: November 3, 2021 | NOSSAMAN LLP |
| 2 | | |
| 3 | | By: */s/ Christopher D. Hughes* |
| 4 | | Christopher D. Hughes<br>*Counsel for Plaintiffs* |

CALIFORNIA DEPARTMENT OF JUSTICE

By: */s/ Gwynne B. Hunter*
Gwynne B. Hunter
Deputy Attorney General
*Counsel for Defendants*

**ORDER**

Having reviewed Plaintiffs' and Defendants' stipulation, and good cause appearing, it is ordered that:

1. The hearing on Defendants' Motion to Dismiss [ECF 29] currently scheduled for November 19, 2021 at 10:00 a.m. is continued to December 17, 2021 at 10:00 a.m.

2. The deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss is continued from November 5, 2021 to November 10, 2021 and the deadline for Defendants to file a reply to Plaintiffs' opposition is continued from November 19, 2021 to November 24, 2021.

Date: November 8, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE