Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
Sidni M. Frederick (Certified Student Bar No. 720063)
Christopher A. Meyer (Certified Student Bar No. 720030)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725.8571
Facsimile:  (650) 723.4426

Attorneys for Proposed Intervenors

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ALTOS BOOTS, INC., a California Corporation; WILD WEST BOOTS, INC., a California Corporation; BOOT STAR, INC., a California Corporation; LARSON LEATHER COMPANY, a Texas Limited Partnership; MAGNA LEATHER CORPORATION, a Texas Corporation; CROKO INTERNATIONAL, INC., a Texas Corporation; and SNAPPERS S.A. DE C.V., a Mexican Sociedad Anonima de Capital Variable,<br><br>                Plaintiffs,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife,<br><br>                Defendants. | Civil Case No. 2:21-cv-01652-KJM-CKD<br><br>**STIPULATION TO INTERVENTION BY CENTER FOR BIOLOGICAL DIVERSITY, HUMANE SOCIETY INTERNATIONAL, AND HUMANE SOCIETY OF THE UNITED STATES; ORDER** |

**STIPULATION**

Center for Biological Diversity, Humane Society International, and Humane Society of the United States (hereafter "Proposed Intervenors"), Plaintiffs Los Altos Boots, Inc., Wild West Boots, Inc., Boot Star, Inc., Larson Leather Company, Magna Leather Corporation, Croko International,

1  Inc., and Snappers S.A. de C.V. (hereafter "Plaintiffs"), and Defendants Rob Bonta, Attorney General
2  of California, and Charlton Bonham, Director of the California Department of Fish and Wildlife
3  (hereafter "Defendants") by and through undersigned counsel, agree to and respectfully request that
4  the Court approve the terms of the following stipulation:

5        WHEREAS, consolidated cases *April in Paris v. Becerra*, Case No. 2:19-cv-02471-KJM-
6  CKD, and *Delacroix Corp. v. Becerra*, Case No. 2:19-cv-02488-KJM-CKD, are currently pending in
7  this Court before Judge Mueller;

8        WHEREAS, Plaintiffs filed this case on September 13, 2021, and simultaneously filed a
9  Notice of Related Case informing the Court that this case involves similar questions of fact and law
10 as raised in the *April in Paris* and *Delacroix* cases (ECF Dkt No. 4);

11       WHEREAS, on September 22, 2021, the Court entered a Related Case Order pursuant to
12 Local Rule 123(a) finding that this case is related to *April in Paris* and *Delacroix* and reassigning the
13 case to Judge Mueller (ECF Dkt No. 19);

14       WHEREAS, the Court previously heard and granted Proposed Intervenors' contested motion
15 to intervene in the *April in Paris* and *Delacroix* cases;

16       WHEREAS, Proposed Intervenors assert the same basis for intervening in this matter as they
17 did in *April in Paris* and *Delacroix*; and

18       WHEREAS, the parties wish to conserve judicial resources and avoid the time and expense of
19 another contested motion to intervene.

20       NOW, THEREFORE, the parties HEREBY STIPULATE to Proposed Intervenors'
21 intervention in this matter in support of Defendants.

22       SO STIPULATED.

23 Dated:  October 15, 2021        Respectfully submitted,

24                              ENVIRONMENTAL LAW CLINIC
25                              Mills Legal Clinic at Stanford Law School

26                              By: */s/ Deborah A. Sivas*
27                                 Deborah A. Sivas

                             *Attorney for Proposed Intervenors*
28

NOSSAMAN LLP

By: /s/
  Paul S. Weiland
  Christopher D. Hughes

KELLEY DRYE & WARREN LLP

By: /s/
  David E. Frulla
  Bret A. Sparks

*Attorneys for Plaintiffs*

ROB BONTA
Attorney General of California
GWYNNE HUNTER
Deputy Attorney General
ALI A. KARAOUNI
Deputy Attorney General

By: /s/
  Ali A. Karaouni

*Attorneys for Defendants*

## ORDER

Pursuant to stipulation and good cause appearing therefor, the Court hereby GRANTS intervention to Center for Biological Diversity, Humane Society International, and Humane Society of the United States.

IT IS SO ORDERED.

DATED:  March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing Stipulation to Intervention by Center for Biological Diversity, Humane Society International, and Humane Society of the United States with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                                         */s/    Deborah A. Sivas*
                                         Deborah A. Sivas