UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| April in Paris, et al., | No. 2:19-cv-02471-KJM-CKD |
|               Plaintiffs, | |
|    v. | |
| Rob Bonta, et al., | |
|               Defendants. | |
| Delacroix Corp., et al., | No. 2:19-cv-02488-KJM-CKD |
|               Plaintiffs, | |
|    v. | |
| Rob Bonta, et al., | |
|               Defendants. | |
| Los Altos Boots, Inc., et al., | No. 2:21-cv-01652-KJM-CKD |
|               Plaintiffs, | |
|    v. | |
| Rob Bonta, et al., | |
|               Defendants. | |
| Boot Barn, Inc., et al., | No. 2:22-cv-02105-WBS-DB |
|               Plaintiffs, | RELATED CASE ORDER |
|    v. | |
| Rob Bonta, | |
|               Defendant. | |

      Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). All four actions include similar constitutional challenges to California's regulation of crocodile, alligator, caiman, or lizard products. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

      The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge. It does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

      It is hereby ORDERED that Case No. 2:22-cv-02105-WBS-DB is reassigned from Senior United States District Judge William B. Shubb to the undersigned and from United States Magistrate Judge Deborah Barnes to United States Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the reassigned case will now show Case No. 2:22-cv-02105-KJM-CKD.

      It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE