NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone:  (202) 342-8400
Facsimile:  (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com
bstern@kelleydrye.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS BOOTS, INC., a California Corporation, WILD WEST BOOTS, INC., a California Corporation, BOOT STAR, INC., a California Corporation, LARSON LEATHER COMPANY, a Texas Limited Partnership, MAGNA LEATHER CORPORATION, a Texas Corporation, and CROKO INTERNATIONAL, INC., a Texas Corporation<br><br>             Plaintiffs,<br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife<br><br>             Defendants. | Case No:  21-cv-01652-KJM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO SUBMIT BRIEFING SCHEDULE**<br><br>Date: TBD<br>Time: TBD<br>Judge: The Honorable Kimberly J. Mueller<br>Action Filed: September 13, 2021 |

Case No. 21-cv-01652

61378353.v1

**STIPULATION**

Plaintiffs Los Altos Boots, Inc. ("Los Altos"); Wild West Boots, Inc. ("Wild West"); Boot Star, Inc. ("Boot Star"); Larson Leather Company ("Larson"); Magna Leather Corporation ("Magna"); Croko International, Inc. ("Croko"), and Snappers S.A. de C.V. ("Snappers") (collectively, "Plaintiffs"); Defendants the Honorable Rob Bonta, in his official capacity as Attorney General of California, and Charlton Bonham, in his official capacity as Director of the California Department of Fish and Wildlife (collectively, "Defendants"); and Intervenors Center for Biological Diversity, Humane Society International, and Humane Society of the United States (collectively "Defendant-Intervenors") by and through undersigned counsel, agree to and request that the Court approve the terms of the following stipulation:

WHEREAS, Plaintiffs filed the Complaint.  *See* ECF 1.

WHEREAS, Defendants filed an Answer.  *See* ECF 44.

WHEREAS, on July 11, 2022, based upon the parties Joint Status Reports (ECF Nos. 41 and 46) this Court ordered the parties to "submit a proposed summary judgment briefing schedule within fourteen days of this court's order on the pending summary judgment motions in the related case, *April in Paris v. Becerra*, 2:19-cv-02471-KJM-CKD."  *See* ECF 47.

WHEREAS, on March 7, 2023, this Court entered an order on the pending summary judgment motions in the related case, *April in Paris v. Becerra*, 2:19-cv-02471-KJM-CKD. Thus, the deadline to submit proposed summary judgment briefing schedules is March 21, 2023.

WHEREAS, the parties recently met to discuss a potential resolution of the instant case. The parties have agreed to an additional twenty-eight days for the parties to continue discussions to determine if the parties will agree to a resolution that will resolve all matters in the instant case.  In the event that the parties are unable to agree to a resolution, the parties will submit a proposed summary judgment briefing schedule on or before April 18, 2023.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants and Defendant-Intervenors, that:

///

///

1. The deadline for the parties to submit a proposed summary judgment briefing schedule is extended from March 21, 2023 to April 18, 2023.

Respectfully submitted,

Date:    March 21, 2023

NOSSAMAN LLP

By: */s/ Christopher D. Hughes*
Christopher D. Hughes
*Counsel for Plaintiffs*

CALIFORNIA DEPARTMENT OF JUSTICE

By: */s/ Gwynne B. Hunter*
Gwynne B. Hunter
Deputy Attorney General
*Counsel for Defendants*

ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

By: */s/ Deborah A. Sivas*
Deborah A. Sivas
Deputy Attorney General
*Counsel for Defendant-Intervenors*

**ORDER**

Having reviewed Plaintiffs' and Defendants' and Defendant-Interventors' stipulation, and good cause appearing, it is ordered that:

1. The deadline for the parties to submit a proposed summary judgment briefing schedule is extended from March 21, 2023 to April 18, 2023.

DATED:  April 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE