ROB BONTA, State Bar No. 202668
Attorney General of California
RUSSELL B. HILDRETH, State Bar No. 166167
Supervising Deputy Attorney General
GWYNNE B. HUNTER, State Bar No. 293241
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7810
 Fax: (916) 322-5609
 E-mail: Gwynne.Hunter@doj.ca.gov
*Attorneys for the California Attorney General and the Director of the California Department of Fish and Wildlife*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOS ALTOS BOOTS, INC., a California Corporation, WILD WEST BOOTS, INC., a California Corporation, BOOT STAR, INC., a California Corporation, LARSON LEATHER COMPANY, a Texas Limited Partnership, MAGNA LEATHER CORPORATION, a Texas Corporation, CROKO INTERNATIONAL, INC., a Texas Corporation, and SNAPPERS S.A. DE C.V., A Mexican Sociedad Anonima de Capital Variable,**<br><br>                                  Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife,**<br><br>                                  Defendants. | Civil Case No. 2:21-cv-01652-KJM-CKD<br><br>**STIPULATION ON SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER** |

## STIPULATION

Plaintiffs Los Altos Boots, Inc., Wild West Boots, Inc., Boot Star, Inc., Larson Leather Company, Magna Leather Corporation, Croko International, Inc., and Snappers S.A. De C.V.

1

Stipulation on Summary Judgment Briefing Schedule; Order  (2:21-cv-01652-KJM-CKD)

(Plaintiffs), Defendants Rob Bonta, Attorney General of California, and Charlton Bonham, Director of the California Department of Fish and Wildlife (California Defendants), and Humane Society of the United States, Humane Society International, and Center for Biological Diversity (Defendant Intervenors) (collectively, Defendants) through their respective counsel of record, jointly submit the following Proposed Summary Judgment Briefing Schedule, pursuant to the Court's July 11, 2022 Minute Order (Minute Order).

WHEREAS, the Minute Order stated that "[t]he parties shall submit a proposed summary judgment briefing schedule within fourteen days of this court's order on the pending summary judgment motions in the related case, *April in Paris v. Becerra*, 2:19-cv-02471-KJM-CKD." (Minute Order [ECF Docket No. 47].)

WHEREAS, the Court issued its order on the summary judgment motions in *April in Paris v. Becerra* on March 7, 2023. (*April in Paris*, ECF Docket No. 78.)

NOW, THEREFORE, the parties stipulate to and propose for the Court the following briefing schedule for the parties' motions for summary judgment (MSJs):

- Plaintiffs' MSJ due October 1, 2023
- Defendants' MSJ and Opposition due November 1, 2023
- Plaintiffs' Reply due November 15, 2023
- Defendants' Reply due December 4, 2023

SO STIPULATED.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: April 18, 2023 | Respectfully submitted, |
| | CALIFORNIA DEPARTMENT OF JUSTICE |
| | By: /s/ *Gwynne B. Hunter* |
| | Gwynne B. Hunter |
| | Deputy Attorney General |
| | *Attorneys for the California Attorney General and the Director of the California Department of Fish and Wildlife* |
| | NOSSAMAN LLP |
| | By: /s/ *Christopher D. Hughes (as authorized on 4/18/2023)* |
| | Christopher D. Huges |
| | Paul S. Weiland |
| | *Counsel for Plaintiffs* |
| | KELLEY DRYE & WARREN LLP |
| | By: /s/ *David E. Frulla (as authorized on 4/18/2023)* |
| | David E. Frulla |
| | Bret A. Sparks |
| | *Counsel for Plaintiffs* |
| | ENVIRONMENTAL LAW CLINIC |
| | Mills Legal Clinic At Stanford Law School |
| | By: /s/ *Deborah A. Sivas (as authorized on 4/19/2023)* |
| | Deborah A. Sivas |
| | *Counsel for Intervenors* |

## **ORDER**

Pursuant to stipulation and the Court's Minute Order, the Court hereby GRANTS the parties' proposed summary judgment briefing schedule:

- Plaintiffs' MSJ due October 1, 2023.
- Defendants' MSJ and Opposition due November 1, 2023.
- Plaintiffs' Reply due November 15, 2023.
- Defendants' Reply due December 4, 2023.

IT IS SO ORDERED.

DATED: April 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE