1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  RUSSELL B. HILDRETH, State Bar No. 166167
   Supervising Deputy Attorney General
3  GWYNNE B. HUNTER, State Bar No. 293241
   Deputy Attorneys General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7810
6   Fax: (916) 327-2319
    E-mail: Gwynne.Hunter@doj.ca.gov
7
   *Attorneys for the California Attorney General and
8  the Director of California Department of Fish and
   Wildlife*

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  **LOS ALTOS BOOTS, INC.**, a California Corporation, **WILD WEST BOOTS, INC.**, a California Corporation, **BOOT STAR, INC.**, a California Corporation, **LARSON LEATHER COMPANY**, a Texas Limited Partnership, **MAGNA LEATHER CORPORATION**, a Texas Corporation, **CROKO INTERNATIONAL, INC.**, a Texas Corporation, and **SNAPPERS S.A. DE C.V.**, A Mexican Sociedad Anonima de Capital Variable, <br><br>                        Plaintiffs, <br><br>   v. <br><br>**ROB BONTA**, in his official capacity as **Attorney General of California** and **CHARLTON BONHAM**, in his official capacity as Director of the California Department of Fish and Wildlife , <br><br>                        Defendants. | 2:21-cv-01652-KJM-CKD <br><br>**STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER** <br><br>Judge: Honorable Kimberly J. Mueller <br>Action Filed: September 13, 2021 |

26

27

28

1

1                                        **STIPULATION**

2    Plaintiffs Los Altos Boots, Inc.; Wild West Boots, Inc.; Boot Star, Inc.; Larson Leather
3    Company; Magna Leather Corporation; Croko International, Inc., and Snappers S.A. de C.V.
4    (collectively, Plaintiffs), Defendants Rob Bonta, in his official capacity as Attorney General of
5    California, and Charlton Bonham, in his official capacity as Director of the California Department
6    of Fish and Wildlife (California Defendants), and Humane Society of the United States, Humane
7    Society International, and Center for Biological Diversity (Defendant Intervenors) (collectively,
8    Defendants), by and through their counsel, agree to and request that the Court approve the terms
9    of the following stipulation:

10    WHEREAS, in April 2023, the parties entered into a stipulation on the summary judgment
11    briefing schedule for this case. *Los Altos Boots v. Bonta*, ECF Docket No. 53.

12    WHEREAS, in July 2023, this Court issued a final judgment in *April in Paris v. Becerra*,
13    2:19-cv-02471-KJM-CKD (*April in Paris*). *April in Paris*, ECF Docket No. 87 (Final Judgment).

14    WHEREAS, the parties are currently engaged in settlement negotiations that may resolve
15    this matter and avoid the need for further briefing.

16    WHEREAS, to give the parties more time for such discussions and thereby potentially
17    avoid unnecessary summary judgment briefing.

18    NOW, THEREFORE, the parties stipulate to and propose for the Court the following
19    revised briefing schedule for the parties' motions for summary judgment (MSJs):

20    • Plaintiffs' MSJ due January 2, 2024.
21    • Defendants' MSJ and Opposition due February 1, 2024.
22    • Plaintiffs' Reply due February 15, 2024.
23    • Defendants' Reply due March 1, 2024.

24

25    SO STIPULATED.

26    / / /
27    / / /
28    / / /

| | |
|---|---|
| Dated:  September 27, 2023 | CALIFORNIA DEPARTMENT OF JUSTICE |
| | */s/ Gwynne Hunter* |
| | GWYNNE HUNTER<br>Deputy Attorney General<br>*Attorneys for the California Attorney General and the Director of California Department of Fish and Wildlife* |
| | NOSSAMAN LLP |
| | */s/ Christopher Hughes (as authorized on 9/26/2023)* |
| | Christopher D. Hughes<br>Paul S. Weiland<br>*Counsel for Plaintiffs* |
| | KELLEY DRYE & WARREN LLP |
| | */s/ David E. Frulla (as authorized on 9/26/2023)*<br>David E. Frulla<br>Bret A. Sparks<br>*Counsel for Plaintiffs* |
| | ENVIRONMENTAL LAW CLINIC<br>Mills Legal Clinic at Stanford Law School |
| | */s/ Deborah A. Sivas (as authorized on 9/27/2023)*<br>Deborah A. Sivas<br>*Counsel for Intervenors* |

**ORDER**

The Court hereby GRANTS the parties' modified summary judgment briefing schedule:

- Plaintiffs' MSJ due January 2, 2024.
- Defendants' MSJ and Opposition due February 1, 2024.
- Plaintiffs' Reply due February 15, 2024.
- Defendants' Reply due March 1, 2024.

IT IS SO ORDERED.

DATED:  October 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE