ROB BONTA, State Bar No. 202668
Attorney General of California
RUSSELL B. HILDRETH, State Bar No. 166167
Supervising Deputy Attorney General
GWYNNE B. HUNTER, State Bar No. 293241
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7810
 Fax:  (916) 327-2319
 E-mail:  Gwynne.Hunter@doj.ca.gov

*Attorneys for the California Attorney General and the Director of California Department of Fish and Wildlife*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOS ALTOS BOOTS, INC., a California Corporation, WILD WEST BOOTS, INC., a California Corporation, BOOT STAR, INC., a California Corporation, LARSON LEATHER COMPANY, a Texas Limited Partnership, MAGNA LEATHER CORPORATION, a Texas Corporation, CROKO INTERNATIONAL, INC., a Texas Corporation, and SNAPPERS S.A. DE C.V., A Mexican Sociedad Anonima de Capital Variable,**<br><br>                              Plaintiffs,<br><br>   v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife,**<br><br>                              Defendants. | 2:21-cv-01652-KJM-CKD<br><br>**NOTICE OF ERRATA TO STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER**<br><br>Judge: Honorable Kimberly J. Mueller<br>Action Filed: September 13, 2021 |

1 | Defendants file this Notice of Errata with respect to the Stipulation to Modify Summary Judgment Briefing Schedule. The previously filed version inadvertently included the wrong proposed dates for the parties' summary judgment briefing. Defendants correct the following errors in the previously submitted version:

- Plaintiffs' MSJ due January 15, 2024.
- Defendants' MSJ and Opposition due February 12, 2024.
- Plaintiffs' Opposition and Reply due March 11, 2024.
- Defendants' Reply due March 25, 2024.

Dated:  October 4, 2023

CALIFORNIA DEPARTMENT OF JUSTICE

 /s/ Gwynne Hunter

GWYNNE HUNTER
Deputy Attorney General
*Attorneys for the California Attorney General and the Director of California Department of Fish and Wildlife*

NOSSAMAN LLP

/s/ Christopher Hughes (as authorized on 10/4/2023)

Christopher D. Hughes
Paul S. Weiland
*Counsel for Plaintiffs*


KELLEY DRYE & WARREN LLP

/s/ David E. Frulla (as authorized on 10/4/2023)
David E. Frulla
Bret A. Sparks
*Counsel for Plaintiffs*


ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

/s/ Deborah A. Sivas (as authorized on

2

1
2                                                             *10/4/2023)*
                                                              Deborah A. Sivas
3                                                             *Counsel for Intervenors*
4
5
...
28

3

# ORDER

The Court hereby GRANTS the parties' modified summary judgment briefing schedule:

- Plaintiffs' MSJ due January 15, 2024.
- Defendants' MSJ and Opposition due February 12, 2024.
- Plaintiffs' Opposition and Reply due March 11, 2024.
- Defendants' Reply due March 25, 2024.

IT IS SO ORDERED.

Dated: October 10, 2023

CHIEF UNITED STATES DISTRICT JUDGE