NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOS ALTOS BOOTS, INC., a California Corporation, WILD WEST BOOTS, INC., a California Corporation, BOOT STAR, INC., a California Corporation, LARSON LEATHER COMPANY, a Texas Limited Partnership, MAGNA LEATHER CORPORATION, a Texas Corporation, CROKO INTERNATIONAL, INC., a Texas Corporation, and SNAPPERS S.A. DE C.V., A Mexican Sociedad Anonima de Capital Variable,** <br><br> Plaintiffs, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of California and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife ,** <br><br> Defendants. | 2:21-cv-01652-KJM-CKD <br><br> **STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER** <br><br> Judge: Honorable Kimberly J. Mueller <br> Action Filed: September 13, 2021 |

## STIPULATION

Plaintiffs Los Altos Boots, Inc.; Wild West Boots, Inc.; Boot Star, Inc.; Larson Leather Company; Magna Leather Corporation; Croko International, Inc., and Snappers S.A. de C.V. (collectively, Plaintiffs), Defendants Rob Bonta, in his official capacity as Attorney General of California, and Charlton Bonham, in his official capacity as Director of the California Department of Fish and Wildlife (California Defendants), and Humane Society of the United States, Humane Society International, and Center for Biological Diversity (Defendant Intervenors) (collectively, Defendants), by and through their counsel, agree to and request that the Court approve the terms of the following stipulation:

WHEREAS, in April 2023, the parties entered into a stipulation on the summary judgment briefing schedule for this case. *Los Altos Boots v. Bonta*, ECF Docket No. 53.

WHEREAS, in July 2023, this Court issued a final judgment in *April in Paris v. Becerra*, 2:19-cv-02471-KJM-CKD (*April in Paris*). *April in Paris*, ECF Docket No. 87 (Final Judgment).

WHEREAS, the parties have agreed to enter a stipulated judgment and are awaiting signatures from the respective representative of each of the parties.  Thus, it appears this matter will be resolved without the need for further briefing.

WHEREAS, to give the parties more time to obtain signatures of the respective representatives of each party, the parties request that this Court vacate the current briefing schedule and set a status conference date in late March 2024.  The parties anticipate that this will give the respective representatives sufficient time to sign the stipulation for judgment.

NOW, THEREFORE, the parties stipulate to and propose for the Court to vacate the current briefing schedule for the parties' motions for summary judgment (MSJs).  The parties also stipulate to and respectfully request the Court schedule a status conference for March _____, 2024.

///

///

///

///

1    SO STIPULATED.

Dated:  January ___, 2024                         CALIFORNIA DEPARTMENT OF
                                                  JUSTICE

                                                  _____
                                                  GWYNNE HUNTER
                                                  Deputy Attorney General
                                                  *Attorneys for the California Attorney General
                                                  and the Director of California Department of
                                                  Fish and Wildlife*

                                                  NOSSAMAN LLP

                                                  _____
                                                  Christopher D. Hughes
                                                  Paul S. Weiland
                                                  *Counsel for Plaintiffs*

                                                  KELLEY DRYE & WARREN LLP

                                                  _____
                                                  David E. Frulla
                                                  Bret A. Sparks
                                                  *Counsel for Plaintiffs*

                                                  ENVIRONMENTAL LAW CLINIC
                                                  Mills Legal Clinic at Stanford Law School

                                                  _____
                                                  Deborah A. Sivas
                                                  *Counsel for Intervenors*

**ORDER**

The Court hereby vacates the summary judgment briefing schedule and sets a status conference for March 28, 2024 at 2:30 p.m.

IT IS SO ORDERED.

DATED: January 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE