NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
chughes@nossaman.com

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com
bstern@kelleydrye.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALTOS BOOTS, INC., a California Corporation, WILD WEST BOOTS, INC., a California Corporation, BOOT STAR, INC., a California Corporation, LARSON LEATHER COMPANY, a Texas Limited Partnership, MAGNA LEATHER CORPORATION, a Texas Corporation, and CROKO INTERNATIONAL, INC., a Texas Corporation<br><br>        Plaintiffs,<br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, and CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife<br><br>        Defendants. | Case No: 21-cv-01652-KJM-CKD<br><br>**FINAL JUDGMENT** |

Case No. 21-cv-01652

62409724.v1

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Under the Supremacy Clause of the United States Constitution (Article VI, Clause 2), California Penal Code Sections 653o and 653r are hereby declared unenforceable and unconstitutional as applied to the importation, possession or sale of the bodies, parts or products of broad-snouted caimans, brown caimans, common caimans, and Yacare caimans subject to 50 C.F.R. § 17.42.

2. California Defendants, in their official capacities as Attorney General of the State of California and Director of the California Department of Fish and Wildlife, their successors in office, their agents and employees acting within the scope of their official duties, and those under their supervision as defined in Article V, section 13 of the California Constitution, are hereby permanently enjoined from enforcing California Penal Code Sections 653o and 653r in connection with the importation, possession or sale of the bodies parts or products of broad-snouted caimans, brown caimans, common caimans, and Yacare caimans subject to 50 C.F.R. § 17.42 to the extent the Endangered Species Act of 1973, as amended (16 U.S.C. Sections 1531-1543) or regulations promulgated by the Secretary of the Interior of the United States implementing said Act, authorize the same importation, possession or sale.

Accordingly, the court vacates the status conference set for 3/28/2024.

Dated: March 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE